```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

CHARLES ARGENTO,

                 Plaintiff,

-against-

HI 57, LLC d/b/a THE WATSON HOTEL
and JOE CECALA,

                 Defendants.

-------------------------------------------------------X

Case No. 18-CV-04146

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Charles Argento ("Plaintiff") and HI 57, LLC D/B/A THE WATSON HOTEL AND JOE CECALA (collectively "Defendants"), through their undersigned attorneys who state that they have been authorized to enter into this Stipulation, that the claims against Defendants, excluding the FLSA Claim set forth in the First Cause of Action, shall be dismissed with prejudice.

Dated: July 27, 2018

By: _____
Robert D. Salaman.
The Akin Law Group, PLLC
45 Broadway, Suite 1420
New York, New York 10006
*Attorneys for Plaintiff*

Dated: 7/30, 2018

By: _____
Michael A. Jakowsky
Jackson Lewis, P.C.
666 Third Avenue, 29th Floor
New York, New York 10017
*Attorneys for Defendants*

8

SO ORDERED this 6th day of August, 2018

_____
Hon. Barbara C. Moses
United States Magistrate Judge

9