UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES ARGENTO,<br><br>      Plaintiff,<br><br>   -against-<br><br>HI 57, LLC d/b/a THE WATSON HOTEL, et ano.,<br><br>      Defendants. | 18-CV-4146 (BCM)<br><br>**ORDER** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/18

**BARBARA MOSES, United States Magistrate Judge.**

The parties having informed the Court that they have reached an agreement in principle to settle this action, including plaintiff's Fair Labor Standards Act (FLSA) claim, *see* Joint letter dated July 31, 2018 (Dkt. No. 14);

It is hereby **ORDERED** that all deadlines previously set in this action are vacated.

It is further **ORDERED** that the parties shall submit, no later than **August 20, 2018**, an executed copy of the written agreement containing the material terms of their FLSA settlement, which will be placed on the public docket. *See Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012). The Court has been advised that plaintiff's counsel will not seek an award of attorneys' fees and costs. Joint Ltr. at 2. Accordingly, plaintiff's counsel need not submit time and expense records.

The parties are cautioned that "it would be the very rare case, if any, where confidentiality terms in a settlement agreement would be appropriate in resolving a wage-and-hour lawsuit given the policy concerns underlying the FLSA." *Souza v. 65 St. Marks Bistro*, 2015 WL 7271747, at *4 (S.D.N.Y. Nov. 6, 2015). This caution extends to so-called non-disparagement clauses, if such clauses prevent a plaintiff from making truthful statements concerning her employment, the lawsuit underlying the proposed settlement, or the settlement itself.

The parties are further cautioned that courts in this District ordinarily refuse to approve FLSA settlements that include one-way or overbroad general releases. *See, e. g., Lopez v. Poko-St. Ann L.P.*, 20016 WL 1319088, at *2 (S.D.N.Y. Apr. 4, 2016) (Moses, M.J.); *Pinguil v. We Are All Frank, Inc.*, 2018 WL 2538218 (S.D.N.Y. May 21, 2018) (Moses, M.J.).

Dated: New York, New York
August 6, 2018

SO ORDERED.

_____
BARBARA MOSES
**United States Magistrate Judge**